UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Wayne W. Curry,** § | |
| § | |
| plaintiff, § | |
| § | |
| v. § | Case: 4:22-cv-2626 |
| § | |
| **Newrez LLC d/b/a Newrez Mortgage LLC** § | |
| **d/b/a Shellpoint Mortgage Servicing,** § | |
| § | |
| defendant. § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Wayne W. Curry and defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing file this stipulation of dismissal with prejudice pursuant to federal rule of civil procedure 41(a) and respectfully show the court as follows:

The parties hereby announce all disputes among them in the lawsuit are resolved and hereby stipulate to the dismissal with prejudice of Mr. Curry's claims against Shellpoint.

The parties will each bear their own costs and fees incurred herein.

WHEREFORE, the parties request the court enter the proposed agreed order of dismissal with prejudice submitted herewith to dismiss Mr. Curry's claims against Shellpoint.

Date: August 23, 2022                                   Respectfully submitted,

| | |
|---|---|
| */s/ James Minerve* | */s/ C. Charles Townsend* |
| James Minerve | C. Charles Townsend |
| State Bar No. 24008692 | SBN: 24028053, FBN: 1018722 |
| 13276 N Highway 183, Suite 209 | charles.townsend@akerman.com |
| Austin, Texas 78750 | *Attorney in Charge* |
| (888) 819-1440 (Office) | Matthew W. Lindsey |
| (210) 336-5867 (Cell) | SBN: 24071893, FBN: 1278191 |
| (888) 230-6397 (Fax) | matthew.lindsey@akerman.com |
| Email: jgm@minervelaw.com | AKERMAN LLP |
| | 2001 Ross Avenue, Suite 3600 |
| *Attorney for plaintiff Wayne W. Curry* | Dallas, Texas 75201 |
| | Telephone: 214.720.4300 |
| | Facsimile: 214.981.9339 |

*Attorneys for defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing*

## CERTIFICATE OF SERVICE

A true and correct copy of this document was served on August 23, 2022 as follows:

**VIA CM/ECF SYSTEM**
James Minerve
13276 N. Highway 183, Suite 209
Austin, Texas 78750
*Attorney for plaintiff Wayne W. Curry*

                                                */s/ Matthew W. Lindsey*
                                                Matthew W. Lindsey